ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 JUL 23 P 2: 32
CLERK_____

| | | |
|---|---|---|
| SHEILA M. HOLLIMAN, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 312-049 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 16). After thorough consideration of the four grounds of error alleged in Plaintiff's briefing (doc. nos. 11, 13), the Magistrate Judge recommended that the Acting Commissioner's final decision be affirmed because it was based on substantial evidence. (See generally doc. no. 14.) In her conclusory objections, Plaintiff simply restates the claims that the Magistrate Judge has already addressed at length. (See generally doc. no. 16.) Importantly, she does not offer any new information or evidence that warrants a deviation from the Magistrate Judge's recommendation. Thus, Plaintiff's objections are **OVERRULED**. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

Therefore, the Acting Commissioner's final decision is **AFFIRMED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Acting Commissioner.

SO ORDERED this 23rd day of July, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE